FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

__Marcoon__
(Last Name)        (Identification Number)

__Walter__        __Don__
(First Name)        (Middle Name)

__Rankin County Jail__
(Institution)

__221 N. Timber St. Brandon, Ms.__
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 11 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

V.        CIVIL ACTION NUMBER: __3:15cv662-DPJ-FKB__
(to be completed by the Court)

__Rankin Co. Circuit Court and Jail__
__Rebecca Boyd Circuit Clerk__
__Sheriff Bryan Bailey__
__Lt. James Rutland (admin.)__
(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated?
    Yes (X)   No ( )

B.  Are you presently incarcerated?
    Yes (X)   No ( )

C.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
    Yes ( )   No (X)

D.  Are you presently incarcerated for a parole or probation violation?
    Yes ( )   No (X)

E.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )   No (X)

F.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )   No (X)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Walter Don Marcoon    Prisoner Number: RCJ 2015040333

Address: Rankin Co. Jail 221 N. Timber St. Brandon, Ms. 39042

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Rebecca Boyd, Bryan Bailey, Lt. James Rutland is employed as Circuit Clerk, Sheriff, Jail administrator at Rankin Co. Courthouse & jail complex

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Walter Don Marcoon     ADDRESS: 221 N. Timber St. Brandon, Ms. 39042

DEFENDANT(S):

NAME:                                    ADDRESS:
Rankin Co. Circuit Court & Jail          221 N. Timber St. Brandon, Ms. 39042
Rebecca Boyd Circuit Clerk               P.O. Box 68 Brandon, Ms. 39043
Sheriff Bryan Bailey                     221 N. Timber St. Brandon, Ms. 39042
Lt. James Rutland                        221 N. Timber St. Brandon, Ms. 39042

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes (X)   No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

**CASE NUMBER 1.**
1. Parties to the action: Walter Don Marcoon vs. Greenville City Jail Greenville, Ms.

2. Court (if federal court, name the district; if state court, name the county): filed in Federal Court Greenville, Mississippi

3. Docket Number: ??

4. Name of judge to whom case was assigned: David J. Orlanski

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) I dropped the lawsuit when I moved out of the area for reasons of convienance.

**CASE NUMBER 2.**
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Rebecca Boyd and the Rankin Co. Circuit Court along with Sheriff Bryan Bailey and Lt. James Rutland are in violation of my right of due process by intentionally omitting felony arraignment in Rankin Co. Circuit Court thereby holding me in confinement without the benefit of legal counsel appointment or bond reduction or any access to the court for the purpose of filing motions necessary in my defense and release from custody. Circuit Court arraignment is a necessary function

See reverse side

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

That Rankin Co. Circuit Court provide felony arraignment after the accused is bound over to grand jury action in a timely manner (within one month) with attorney appointment for the duration of case with bond reduction given at that time. Also address issues of confinement listed within.

* Also plaintiff be granted an OR (recognition) bond at this time. $5,000.00 lost income + damages.

Signed this 3rd day of September, 20 15 (2015).

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Walter Don Manoon
Signature of plaintiff

of the court. Also the accused has the right of legal council throughout his case beginning from the point of being bound over for grand jury action until completion which does not take place in the twentieth circuit court district of Rankin Co. which severely handicap defense efforts of the accused and his efforts to have his initial bond reduced to an acceptable amount to gain his freedom and to file important court motions that affect the outcome of his case. My right of due process is severely restricted by this court and jail. My access to legal materials the jail states I am entitled to such as Mississippi Code and Statutes and court procedures and addresses have been continually denied along with request for notary services which are necessary for certain court filings also denied. Lt. James Rutland & his staff recently canceled access to legal materials by mail that have been downloaded from internet websites for defense purpose which is a violation of the freedom of Information Act and freedom of the press, speech and receipt of such. This system is bias and prejudiced toward an indigent defendant that cannot hire an attorney nor post bail and results in an abnormally high conviction rate. Also conditions of confinement at RCJ are dangerous and negligent ripe with acts of inmate on inmate violence, staff on inmate violence, improper medical service restricted by cost to jail, improper treatment of inmates by keeping cells excessively cold, not allowed to use blankets during daylight hours, food service issues of vendors not wearing hairnets and gloves continually, and tampering with the mail.