Walter Don Marcoon
221 N. Timber Street
Brandon, Ms. 39042

U.S. POSTAGE
ZIP 39042 $
02 1W
0001401217

"Inmate Mail"
Rankin County Jail

SEP 11 2015

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court Street, Suite 2.500
Jackson, Mississippi 3920

39201502825