IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WALTER DON MARCOON                                       PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:15cv662-FKB

LT. JAMES RUTLAND                                     DEFENDANT

## **FINAL JUDGMENT**

In accordance with this court's order of this date, judgment is entered for Defendant, and Plaintiff's claims are dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 20th day of October, 2017.

                                          /s/ F. Keith Ball
                                          UNITED STATES MAGISTRATE JUDGE